UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GLENDA BRUNK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-CV-188-SNLJ |
| | ) | |
| CONSECO BANK INC. and U.S. | ) | |
| BANK N.A. AS TRUSTEE FOR | ) | |
| CONSECO FINANCE HOME EQUITY | ) | |
| LOAN TRUST 2002-A, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Upon review of the file, the Court notes that there has been no activity on behalf of defendant Conseco Bank Inc. since the filing of the return of proof of service upon defendant Conseco Bank Inc. on November 6, 2017.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

So ordered this   25th   day of June 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1